IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE NORTHERN DISTRICT OF TEXAS<br>
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No: 23-43575-ELM |
| § | | |
| JUAN MEDINA DANIA, xxx-xx-9488 § | | Chapter 13 |
| 2832 PACIFICO WAY § | | |
| FORT WORTH, TX 76111 § | | Court Hearing: Thursday, March 14, 2024 at 8:30 AM |
| § | | |
| Debtor § | | |

NOTICE OF<br>
DEADLINE FOR OBJECTION TO CONFIRMATION

**January 30, 2024** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about November 22, 2023. Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102**.

<u>**CONFIRMATION HEARING**</u>

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, March 14, 2024** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 204, Fort Worth, TX 76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas. A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
Website: www.13network.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before January 09, 2024.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

MAXWELL LAW GROUP, 1910 S STAPLEY DR #221, MESA, AZ 85204

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

**BY FIRST CLASS MAIL:**

AMERICAN AIRLINES FCU,  PO BOX 619001 MD 2100,  DALLAS, TX  75261
ATTORNEY GENERAL,  REGION 9 BANKRUPTCY DEPARTMENT,  2001 BEACH ST STE 700,  FORT WORTH, TX  76103-0000
ATTORNEY GENERAL OF TEXAS,  PO BOX 12017,  AUSTIN, TX  78711
BANK OF MISSOURI,  216 W 2ND ST,  DIXON, MO  65459-0000
BONA PHENG,  1101 PRAIRIE RIDGE LN,  ARLINGTON, TX  76005-0000
CAPITAL ONE BANK USA NA,  AMERICAN INFOSOURCE,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000
CAPITAL ONE BANK USA NA,  AMERICAN INFOSOURCE LP,  PO BOX 71083,  CHARLOTTE, NC  28272
CAVALRY SPV I LLC,  PO BOX 27288,  TEMPE, AZ  85282-0000
CAVALRY SPV I LLC,  PO BOX 4252,  GREENWICH, CT  06831
CREDITFRESH,  200 CONTINENTAL DR STE 401,  NEWARK, DE  19713-0000
EDNA EDITH DOSAL CASTILLO,  8717 LAKE MEADOWS LN,  HURST, TX  76053
FIRST PREMIER BANK,  601 S MINNESOTA AVE,  SIOUX FALLS, SD  57104-0000
INTERNAL REVENUE SERVICE,  PO BOX 7317,  PHILADELPHIA, PA  19101
INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101
JUAN MEDINA DANIA,  2832 PACIFICO WAY,  FORT WORTH, TX  76111-0000
LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON STE #1700,  FT WORTH, TX  76102-0000
LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603
LVNV FUNDING/RESURGENT CAPITAL SERVICES,  PO BOX 10497,  GREENVILLE, SC  29603-0000
MERRICK BANK,  C/O RESURGENT CAPITAL SERVICES,  PO BOX 10368,  GREENVILLE, SC  29603
MIDLAND FUNDING/MIDLAND CREDIT MGMT,  PO BOX 939069,  SAN DIEGO, CA  93193-0000
NETCREDIT,  175 W JACKSON BLVD STE 1000,  CHICAGO, IL  60604-0000
OFFICE OF THE ATTORNEY GENERAL,  FIELD OPERATIONS MAIL CODE 038,  PO BOX 12400,  AUSTIN, TX  78711
ONEMAIN FINANCIAL,  PO BOX 3251,  EVANSVILLE, IN  47731-0000
PERFORMANCE FINANCE,  1515 W 22ND ST,  OAK BROOK, IL  60523
PERFORMANCE FINANCE,  WAYFINDER BK,  PO BOX 51580,  LOS ANGELES, CA  90051-0000
PERFORMANCE FINANCE,  WAYFINDER BK,  PO BOX 64090,  TUCSON, AZ  85728-0000
PORTFOLIO RECOVERY,  120 CORPORATE BLVD,  NORFOLK, VA  23502
POSSIBLE FINANCIAL INC,  117 E LOUISA ST #299,  SEATTLE, WA  98102-0000
SCOTT AND ASSOCIATES,  PO BOX 115220,  CARROLLTON, TX  75011-0000
SPRING OAKS CAPITAL,  PO BOX 1216,  CHESAPEAKE, VA  23327-0000
SPRINGLF FIN,  PO BOX 1010,  EVANSVILLE, IN  47706
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196
TEXAS CHILD SUPPORT,  DISBURSEMENT UNIT,  PO BOX 659791,  SAN ANTONIO, TX  78265
TEXAS HEALTH RESOURCES,  AMERICAN INFOSOURCE,  PO BOX 4457,  HOUSTON, TX  77210-0000
TEXAS HEALTH RESOURCES,  C/O AMERICAN INFOSOURCE LP,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000
UNITED REVENUE CORP,  204 BILLINGS ST STE 120,  ARLINGTON, TX  76010-0000
UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST STE 300,  DALLAS, TX  75242
US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530