

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 12, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 23-43575-ELM |
| | § | |
| JUAN MEDINA DANIA | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | JUDGE EDWARD L MORRIS |
| | § | |

-----------------------------------------------------------------------------------------------------------------

### ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

-----------------------------------------------------------------------------------------------------------------

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims ("TRCC") filed on or about May 29, 2024 [Docket #24].

The Court finds that notice was and is appropriate under the circumstances.

No Response or Objection was filed by any party; however one or more of the following has resulted in the changes included in this order: new claim(s) filed, amended claim(s) filed, withdrawal of claim(s), withdrawal of objection(s) to claim(s), disallowance of claim(s), and/or new objections to claim(s),all of which are reflected in the Court's records.

The Court hereby APPROVES the TRCC with the following changes, if any:

1. The claim of LVNV FUNDING LLC, T'ee # 32 in the amount of  $1,111.99 has previously been disallowed by Court Order.
2. The claim of LVNV FUNDING LLC, T'ee # 33 in the amount of  $1,155.91 has previously been disallowed by Court Order.
3. The claim of LVNV FUNDING LLC, T'ee # 34 in the amount of  $677.38 has previously been disallowed by Court Order.
4. The claim of LVNV FUNDING LLC, T'ee # 37 in the amount of  $425.37 has previously been disallowed by Court Order.
5. The claim of LVNV FUNDING LLC, T'ee # 38 in the amount of  $3,327.60 has previously been disallowed by Court Order.

Case No:   23-43575-ELM
JUAN MEDINA DANIA

# # #  END OF ORDER  # # #