**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 23-43575-ELM** |
| | § | |
| **JUAN MEDINA DANIA** | § | **CHAPTER 13** |
| | § | |
| | § | |
| | § | **COURT HEARING:  Thursday,** |
| **DEBTOR** | § | **February 6, 2025 at 8:30 AM** |
| | § | |
| | § | |

---

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL**
**AND NOTICE OF COURT HEARING**

---

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2023-04.

1.  The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$2,175.00**.

   **\*\*MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076\*\***

2.  Due date is **Jan 31, 2025**.  Payments must be received by 4:00 PM.

   **FAILURE TO BRING ALL PAYMENTS CURRENT BY  JAN 31, 2025, OR FAILURE TO  RESOLVE THE DELINQUENCY ON THE CASE, SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

   **ANY WRITTEN OBJECTION OR RESPONSE MUST BE FILED WITH THE COURT AT US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.  ANY OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE EDWARD L MORRIS ON February 6, 2025   8:30 am AT 501 W. 10TH STREET,  ROOM 204, FORT WORTH, TX  76102**

   /s/ Tim Truman
   _____
   Tim Truman, Trustee, State Bar # 20258000
   OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
   6851 N.E. Loop 820, Suite 300
   North Richland Hills, TX  76180-6608
   (817) 770-8500
   (817) 498-1362 FAX

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of  Court Hearing" was served on the parties listed below in the manner listed below on or before January 17, 2025.

**BY FIRST CLASS MAIL:**

JUAN MEDINA DANIA,  2832 PACIFICO WAY,  FORT WORTH, TX  76111-0000

**ELECTRONIC SERVICE:**

MAXWELL LAW GROUP, 1910 S STAPLEY DR #221, MESA, AZ  85204
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242


/s/ Tim Truman

Tim Truman, Trustee
State Bar# 20258000